SULLIVAN, Appellant, v. SCHMUL, Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by John Sullivan against Herman Schmul. No opinion. Judgment reversed, and new trial granted, costs to abide the event, upon the ground that the proof adduced by plaintiff at the close of his case presented as a question of fact for the jury whether the father of plaintiff had emancipated the plaintiff, or had consented that plaintiff might receive his own wages.

SULLY v. TIFFANY & CO. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Emma F. Sully against Tiffany & Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1088, 1144.

SULTAN OF TURKEY v. TIRYAKIAN et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by the Sultan of Turkey against Haroutyoun Tiryakian and others. No opinion. Motion granted. Questions certified. Order filed. See, also, 147 N. Y. Supp. 978.

TAGGART, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Alba Taggart against the Solvay Process Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1144.

TAX LIEN CO. OF NEW YORK, Respondent, v. BIRD, Appellant. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by the Tax Lien Company of New York against Mary E. Bird. J. H. Rogan, of New York City, for appellant. A. Weymann, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

TAYLOR, Appellant, v. FENN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Frank Taylor against Lily B. M. Fenn, as executrix, etc. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. For former decision, see 147 N. Y. Supp. 1145.

TEETER, Respondent, v. DANIEL, Appellant. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Sydney M. Teeter against Anna K. Daniel. No opinion. Order affirmed, without costs. Order filed. See, also, 148 N. Y. Supp. 670; 148 N. Y. Supp. 1146.

TEETER v. DANIEL. (No. 5794.) (Supreme Court, Appellate Division, First Department. July 10, 1914.) Appeal from Special Term, New York County. Action by Sydney M. Teeter against Anna K. Daniel. From an order denying a motion to dismiss the judgment and all proceedings thereon, and to order the case off the calendar, or to order it set down and tried at a date known to defendant, defendant appeals. Affirmed. See, also, 148 N. Y. Supp. 670; 148 N. Y. Supp. 1146. Anna K. Daniel, of New York City, pro se. Isaac A. Hiller, of New York City, for respondent.

PER CURIAM. This action having been regularly brought on for trial at Special Term, and a judgment having been rendered in favor of the plaintiff, it is quite evident that none of the facts upon which the application to the Special Term for the hearing of motions was based would justify that court in vacating the judgment or setting aside the proceedings. This order, therefore, must be affirmed, without costs.

TENEMENT HOUSE DEPARTMENT v. McDEVITT. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by the Tenement House Department against Lucy A. McDevitt. No opinion. Application granted. Order signed. See, also, 85 Misc. Rep. 429, 147 N. Y. Supp. 941.

TEXTER, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Joseph W. Texter against the United Traction Company. No opinion. Order and judgment unanimously affirmed with costs.

TEXTILE SALES CORPORATION, Appellant, v. CLIFFORD TEXTILE CO., Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by the Textile Sales Corporation against the Clifford Textile Company. H. H. Snedeker, of New York City, for appellant. F. I. Lockman, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

THEILE v. MERLIS. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by William Theile against James A. Merlis. No opinion. Application denied, with $10 costs. Order signed. See, also, 85 Misc. Rep. 351, 147 N. Y. Supp. 405.

THEILE v. TEXAS CO. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by William Theile against the Texas Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 147 N. Y. Supp. 405.

THEISSIG v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Gustave C. Theissig against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.